# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court For the District of Arizona | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): MW Medical, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle) |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): , | All Other Names used by the Joint Debtor in the last 6 years (Include married, maiden, and trade names): , |
| Soc. Sec./Tax I.D. No. (if more than one, state all): SSN: TIN: 86-0907471 | Soc. Sec./Tax I.D. No. (if more than one, state all): SSN: TIN: |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 6929 E Chaney Paradise Valley, AZ 85253 | Street Address of Joint Debtor (No. & Street, City, State & Zip): '02010 |
| County of Residence or of the Principal Place of Business: Maricopa | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from st. address) |

Location of Principal Assets of Business Debtor
(if different from street address above): 1224 W Fairmont
Tempe, AZ 85282

## Information Regarding Debtor (Check Applicable Boxes)

**Venue** (Check one box)
|X| Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition of for a longer part of such 180 days than in any other District
| | There is a bankruptcy case concerning the debtor's affiliate, general partner, or partnership pleading in this District.

**Type of Debtor**
| |Individual(s)          | |Railroad
|X|Corporation            | |Stockbroker
| |Partnership            | |Stockbroker
| |Other

**Nature of Debt**
| |Consumer/Non-Business    |X|Business

**Chapter 11 Small Business** (Check Boxes that apply)
| | Debtor is a small business as defined in 11 U.S.C. Sec 101.
| | Debtor elects to be a small business under 11 USC Sec 1121(e)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
| |Chapter 7     |X|Chapter 11     | |Chapter 13
| |Chapter 9     | |Chapter 12     | |Section 304

**Filing Fee** (Check one box)
|X|Filing fee attached
| |Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No. 3.

### Statistical/Administrative Information (U.S.C. SEC. 604) (Estimates only)
| |Debtor estimates that funds will be available for distribution to creditors.
|X|Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-15 | 16-49 | 50-99 | 100-999 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| | |X| | | | | |

**Estimated Assets**
| 0 to 50,000 | 50,001 to 100,000 | 100,001 to 500,000 | 500,001 to 1 million | 1,000,001 to 10 million | 10,000,001 to 50 million | 50,000,001 to 100 million | More than 100 million |
|---|---|---|---|---|---|---|---|
| | | |X| | | | | |

**Estimated Debts**
| 0 to 50,000 | 50,001 to 100,000 | 100,001 to 500,000 | 500,001 to 1 million | 1,000,001 to 10 million | 10,000,001 to 50 million | 50,000,001 to 100 million | More than 100 million |
|---|---|---|---|---|---|---|---|
| | | | | |X| | | |

FILED FROM OVERNIGHT BOX
JAN
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| VOLUNTARY PETITION | Name of Debtor(s) | FORM B1, Page 2 |
|---|---|---|
| (This page must be completed and filed in every case) | MW Medical, Inc. | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (if more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
Date:

**Signature of Attorney**

X_____
Signature of Attorney for Debtor(s)

Name of Attorney: Ronald E. Warnicke
Firm Name: Warnicke & Littler, P.L.C.
Address: 1411 N Third Street
Phoenix, AZ 85004
Telephone Number: 602-256-0400
Date:

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)
| | Exhibit A is attached and made part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition declare that I have informed the petitioner that [he United States Code, and have explained the relief available under each such chapter.

X_____      _____
Signature of Attorney                          Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____/s/ Jan Wallace_____
Signature of Authorized Individual

Jan Wallace
Printed Name of Authorized Individual

President
Title of Authorized Individual

1/22/02
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer
Social Security Number: _____
Address: _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. Sec. 110; 18 U.S.C Sec. 156.

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF Arizona                                    Case Number
-----------------------------------------------
In re: MW Medical, Inc.                          }     EXHIBIT "A" TO
                                                 }     VOLUNTARY PETITION
                                                 }
Debtor's Employer's Tax Id. Number : 86-0907471  }
-----------------------------------------------

If any of debtor's securities are registered under section 12 of the Securities
and Exchange Act of 1934, the SEC file num.: 001-14297

The following financial data is the latest available information and refers to
debtor's condition on. . . . . . . . . . . :

```
        Total Assets . . . . . . . . . . . :   1000000.00
        Total Liabilities. . . . . . . . . :   1900000.00
                                                              Approximate
                                                              number of
                                                              holders
        secured// unsecured// subordinated :   1195939.70          4
        secured// unsecured// subordinated :    193101.00         37
        secured// unsecured// subordinated :         0.00          0
        secured// unsecured// subordinated :         0.00          0
        secured// unsecured// subordinated :         0.00          0
        secured// unsecured// subordinated :         0.00          0
        secured// unsecured// subordinated :         0.00          0

        Number of shares of preferred stock:         0.00          0
        Number of shares of common stock . :  18813488.00          0
```

Comments, if any:




Brief description of debtor's business:
  Manufacturing and selling the MW2000. Designing and developing microwave
  technologies for dermatological applications through its wholly owned
  subsidiary, Microwave Medical Corporation, a California corporation.



List the names of any person who directly or indirectly owns, controls, or
holds with power to vote, 5% or more of the voting securities of the debtor:
  High Octane  Fund Ltd.
  Chase Manhattan Bank
  Bank Safe Deposit & Trust Co.
  Jan Wallace




                              Page 1



**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Arizona**

Case Number

In re: MW Medical, Inc.

LIST OF CREDITORS
HOLDING 20 LARGEST
UNSECURED CLAIMS

Debtor's Employer's Tax Id. Number : 86-0907471

---

Name of Creditor         : Cane & Company, LLC            Amount :$    56206.67
Street addr of creditor  : 2300 W Sahara Ave, Ste. 500
City, state, zip code    : Las Vegas, NV 89102
Codebtor?                : No

Name of Creditor         : Grant Thornton LLP             Amount :$    40069.97
Street addr of creditor  : 1000 Wilshire Blvd #700
City, state, zip code    : Los Angeles, CA 90017
Codebtor?                : No
Consideration for Claim  : Services

Name of Creditor         : Holden Brockelman PLC          Amount :$    16986.57
Street addr of creditor  : 2425 E Camelback Rd., Ste. 800
City, state, zip code    : Phoenix, AZ 85016
Codebtor?                : No
Consideration for Claim  : Services

Name of Creditor         : Grubb & Ellis                  Amount :$    10343.90
Street addr of creditor  : 3443 N Central Ave., Ste. 104
City, state, zip code    : Phoenix, AZ 85012
Codebtor?                : No
Consideration for Claim  : Services

Name of Creditor         : Bank of America Visa           Amount :$     8741.47
Street addr of creditor  : P O Box 53155
City, state, zip code    : Phoenix, AZ 85072-3155
Codebtor?                : No
Consideration for Claim  : Credit card

Name of Creditor         : K. Kenneth Kotler              Amount :$     8086.25
Street addr of creditor  : 1901 Avenue of the Stars, #1100
City, state, zip code    : Los Angeles, CA 90067
Codebtor?                : No

Name of Creditor         : Le Vanishe                     Amount :$     5500.00
Street addr of creditor  : 4443 N Scottsdale Rd., Ste 11
City, state, zip code    : Scottsdale, AZ 85251
Codebtor?                : No

Name of Creditor         : Fritz, Manspeaker & Assoc, LLC Amount :$     5000.00
Note: This item is continued on the following page.

**In RE: MW Medical, Inc.**                                    Case Number: _____

**Schedule of the Top 20 Creditors (continued)**

Note:  This item is a continuation from the previous page.
Street addr of creditor : 6380 N Camino Arturo
City, state, zip code   : Tucson, AZ 85718
Codebtor?               : No

Name of Creditor        : Isaacs Clouse & Crose, LLP       Amount :$     4328.44
Street addr of creditor : 429 Santa Monica Blvd, Ste. 550
City, state, zip code   : Santa Monica, CA 90401-1495
Codebtor?               : No
Consideration for Claim : Services

Name of Creditor        : Cosmetic Laser & Vein Centre     Amount :$     4056.00
Name of Creditor (cont) : Grondin Medical Centre
Street addr of creditor : 3rd FL, 1504 15 Avenue SW
City, state, zip code   : Calgary, AB T3C 0X9
Account Number          : Canada
Codebtor?               : No

Name of Creditor        : PR Newswire                      Amount :$     3525.00
Street addr of creditor : P O Box 5897
City, state, zip code   : New York, NY 10087-5897
Codebtor?               : No
Consideration for Claim : Services

Name of Creditor        : Smith & Co.                      Amount :$     3500.00
Street addr of creditor : 10 W 100 South, #700
City, state, zip code   : Salt Lake City, UT 84101
Codebtor?               : No

Name of Creditor        : Bank or America Visa             Amount :$     2934.20
Street addr of creditor : P O Box 53155
City, state, zip code   : Phoenix, AZ 85072-3155
Codebtor?               : No
Consideration for Claim : Credit card

Name of Creditor        : McClane Tessitore                Amount :$     2844.28
Street addr of creditor : 215 E Livingston Street
City, state, zip code   : Orlando, FL 32801
Codebtor?               : No

Name of Creditor        : O'Neill Ritchie Taylor Law Corp  Amount :$     2231.05
Name of Creditor (cont) : #1880, Royal Centre
Street addr of creditor : 1055 W Georgia Street
City, state, zip code   : Vancouver, BC V6E 3P3   Canada
Codebtor?               : No
Consideration for Claim : Services

In RE: MW Medical, Inc.                              Case Number: _____

## Schedule of the Top 20 Creditors (continued)

*Name of Creditor*        : Herb Rippley                    *Amount :$*    2160.00
*Street addr of creditor* : 2005 Glory Creek Dr.
*City, state, zip code*   : Flowermound, TX 75028
*Codebtor?*               : No

*Name of Creditor*        : Jones, Tullar & Cooper          *Amount :$*    2146.90
*Street addr of creditor* : 2001 Jefferson Davis Hwy, #1002
*City, state, zip code*   : Arlington, VA 22202
*Codebtor?*               : No
*Consideration for Claim* : Services

*Name of Creditor*        : ETM Electromatic, Inc.          *Amount :$*    2096.09
*Street addr of creditor* : 35451 Dumbarton Ct
*City, state, zip code*   : Newark, CA 94560
*Codebtor?*               : No

*Name of Creditor*        : Qwest                           *Amount :$*    1645.05
*Street addr of creditor* : P O Box 29013
*City, state, zip code*   : Phoenix, AZ 8038-9013
*Codebtor?*               : No
*Consideration for Claim* : Services

*Name of Creditor*        : Turner Exhibits, Inc.           *Amount :$*    1421.52
*Street addr of creditor* : 5631 208th S1 SW
*City, state, zip code*   : Lynnwood, WA 98036
*Codebtor?*               : No

*Name of Creditor*        : American Freightways            *Amount :$*    1362.91
*Street addr of creditor* : P O Box 910150
*City, state, zip code*   : Dallas, TX 75391-0150
*Codebtor?*               : No
*Consideration for Claim* : Services

                                                           *Total :$*   185186.27
                                                                    ================

In RE: MW Medical, Inc.                                  Case Number:

**Schedule of the Top 20 Creditors (continued)**

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Jan Wallace                the President                      , of
the corporation named as petitioner in the foregoing petition, declare under
penalty of perjury under the laws of the United States that the foregoing is
true and correct, and that the filing of this petition on behalf of the cor-
portion has been authorized.

Executed on                         Signature: _____/s/ Wallace_____
                                                        Petitioner

                                               _____
                                                        Petitioner



**UNITED STATES BANKRUPTCY COURT FOR THE**
**DISTRICT OF Arizona**                                      Case Number

In re: MW Medical, Inc.

                                                              STATEMENT

Debtor's Employer's Tax Id. Number :    86-0907471            Pursuant to Rule 2016

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.
(2) The compensation paid or agreed to be paid by the debtor(s) to the
    undersigned is:
    (a) for legal services rendered or to be rendered in
        contemplation of and in connection with this case       $    10000.00
    (b) prior to filing this statement, the debtor(s) have paid $    10000.00
    (c) the unpaid balance due and payable is                   $        0.00
(3) $      830.00 of the filing fee in this case has been paid.
(4) The services rendered or to be rendered include the following:
    (a) analysis of the financial situation, and rendering advice and
        assistance to the debtor(s) in determining whether to file a petition
        under Title 11 of the United States Code.
    (b) Preparation and filing of the petition, schedules, statement of
        affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.
    for subsidiary Microwave Medical Corporation also.

(5) The source of payments made by the debtor(s) to the undersigned was
    from earnings, wages and compensation for services performed, and

(6) The source of payments made by the debtor(s) to the undersigned for
    the unpaid balance remaining, if any, will be from earnings, wages
    and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of
    property except the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other person,
    other than with members of the undersigned's law firm, any compensation
    paid or to be paid except as follows:

Dated: 1/22/02                          _____ Attorney for Petitioner
Attorney's Name:
Attorney's Addr: ,

```
UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF Arizona                                    Case Number
-------------------------------------------
In re: MW Medical, Inc.                    }           MASTER
                                           }           MAILING
                                           }           LIST
Debtor's Employer's Tax Id. Number : 86-0907471 }      DECLARATION
-------------------------------------------
```

'02 0109 PM

I, \_\_\_\_\_Jan Wallace\_\_\_\_\_, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of \_6\_ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date of execution: 1/23/02              Signature 
                                                  (Debtor)

(Attorney, if applicable)               Signature _____
                                                  (Spouse)

**FILED**
FROM OVERNIGHT BOX

JAN 2002

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

MW Medical, Inc.


MW Medical, Inc.
6929 E Chaney
Paradise Valley, AZ 85253




ARIZONA DEPT OF REVENUE
BANKRUPTCY COLLECTION DEPT
PO BOX 29070
PHOENIX AZ   85038-9070


AZ DEPT OF ECONOMIC SECURITY
BANKRUPTCY DIVISION
PO BOX 6028
PHOENIX AZ   85005


INTERNAL REVENUE SERVICE
STOP 5084 PX
212 E EARLL
PHOENIX AZ   85012


AP Industrial Product
Finishing Solutions
1531 W 17th Street
Tempe, AZ 85281


AT&T
P O Box 78522
Phoenix, AZ 85062-8522


AT&T Business IP Service
A/C #219918217340
P O Box 277019
Atlanta, GA 30384-7019


Advantage Transport, Inc.
P O Box 16006
Phoenix, AZ 85011

MW Medical, Inc.


Alphagraphics
4200 N Scottsdale Road
Scottsdale, AZ 85251


American Freightways
P O Box 910150
Dallas, TX 75391-0150


Bank of America Visa
P O Box 53155
Phoenix, AZ 85072-3155


Bank or America Visa
P O Box 53155
Phoenix, AZ 85072-3155


CDS
(Corporate Delivery Service)
20229 N 67th Ave., #C4PMB#152
Glendale, AZ 85308


Cane & Company, LLC
2300 W Sahara Ave, Ste. 500
Las Vegas, NV 89102


Cosmetic Laser & Vein Centre
Grondin Medical Centre
Canada
3rd FL, 1504-15 Avenue SW
Calgary, AB T3C 0X9


Danka
P O Box 7406
Pasadena, CA 91109-7406


DataRite of Arizona, Inc.
P O Box 83224
Phoenix, AZ 85071-3224

MW Medical, Inc.


Dean Drummond
6735 E Greenway Parkway, #1070
Scottsdale, AZ 85254


Dell Financial Services
P O Box 4125
Carol Stream, IL 60197-4125


ETM Electromatic, Inc.
35451 Dumbarton Ct
Newark, CA 94560


Exhibits Southwest
8270 S Kyrene, #110
Tempe, AZ 85284


Federal Express
P O Box 1140
Memphis, TN 38101-1140


Freedom Capital
30423 Canwood St, Ste. 207
Agoura Hills, CA 91301


Freedom Capital Holdings, Inc.
A/C #2113861 & 62
P O Box 41647
Philadelphia, PA 19101-1647


Fritz, Manspeaker & Assoc, LLC
6380 N Camino Arturo
Tucson, AZ 85718


Grace Sim
7134 N Via Nueva
Scottsdale, AZ 85258

MW Medical, Inc.


Grant Thornton LLP
1000 Wilshire Blvd #700
Los Angeles, CA 90017


Grubb & Ellis
3443 N Central Ave., Ste. 104
Phoenix, AZ 85012


Herb Rippley
2005 Glory Creek Dr.
Flowermound, TX 75028


Holden Brockelman PLC
2425 E Camelback Rd., Ste. 800
Phoenix, AZ 85016


Isaacs Clouse & Crose, LLP
429 Santa Monica Blvd, Ste. 550
Santa Monica, CA 90401-1495


Jan Wallace
6929 E Chaney
Paradise Valley, AZ 85253


Jan Wallace
6929 E Chaney
Paradise Valley, AZ 85253


Jones, Tullar & Cooper
2001 Jefferson Davis Hwy, #1002
Arlington, VA 22202


K. Kenneth Kotler
1901 Avenue of the Stars, #1100
Los Angeles, CA 90067

MW Medical, Inc.


K.C. Phone Systems, Inc.
3325 W Kings Avenue
Phoenix, AZ 85023


Kelly Services, Inc.
P O Box 31001-0422
Pasadena, CA 91110-0422


Le Vanishe
4443 N Scottsdale Rd., Ste 11
Scottsdale, AZ 85251


McClane Tessitore
215 E Livingston Street
Orlando, FL 32801


O'Neill Ritchie Taylor Law Corp
#1880, Royal Centre
1055 W Georgia Street
Vancouver, BC V6E 3P3   Canada


PR Newswire
P O Box 5897
New York, NY 10087-5897


Qwest
P O Box 29013
Phoenix, AZ 8038-9013


Smith & Co.
10 W 100 South, #700
Salt Lake City, UT 84101


Turner Exhibits, Inc.
5631 208th S1 SW
Lynnwood, WA 98036

MW Medical, Inc.


Tyler Brown
5720 37th Avenue NE
Seattle WA 98105


Viking Freight
Dept. Ch 10306
Palatine, IL 6005-0306

January 23, 2002

**SPECIAL MEETING OF THE BOARD OF DIRECTORS
OF
MW MEDICAL, INC.
A Nevada corporation**

**RESOLVED**, that it is desirable and in the best interests of the Corporation, its creditors and members, and other interested parties, that a Voluntary Petition be filed by the Corporation in the United States Bankruptcy Court for the District of Arizona, praying for relief under Chapter 11 of Title 11 of the United States Code, and it is

**FURTHER RESOLVED**, that the President of the Corporation be, and she hereby is, authorized on behalf of the Corporation to execute, verify and file such Voluntary Petition, the Schedules and Statement of Financial Affairs required by said Code and such other papers as may be necessary or proper in such Title 11 proceedings, and to take any and all action necessary or proper therein, including retention of counsel, accountants, investment bankers and such other professional persons as may be necessary and proper, and it is

**FURTHER RESOLVED**, that the Corporation is authorized to retain the law firm of Warnicke & Littler, P.L.C., as counsel for MW MEDICAL, INC.

**IN WITNESS WHEREOF**, the undersigned execute this document to be effective as of the date of the above-entitled meeting.

_____
Jan Wallace, President