WARNICKE & LITTLER, P.L.C.
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com
Ronald E. Warnicke/SBN 001791
Thomas E. Littler/SBN 006917
Attorneys for Debtor



FILED
MAR 29 2002
KEVIN E. O'BRIEN
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MW MEDICAL, INC., a Nevada corporation,<br><br>Debtor. | No. 02-01090-PHX-RTB<br><br>Chapter 11 |
| In re:<br><br>MICROWAVE MEDICAL CORPORATION,<br>a California corporation,<br><br>Debtor. | No. 02-01298-PHX-GBN<br><br>Chapter 11 |

**ORDER APPROVING JOINT DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN, COMBINED WITH NOTICE THEREOF**

TO: ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:

A joint disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by the Debtors referring to a plan under Chapter 11 of the Code filed by the Debtors, and

It having been determined after a duly noticed hearing that the joint disclosure statement contains adequate information;

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. The joint disclosure statement by Debtors is approved.

2. The hearing to consider the confirmation of the plan shall be held at the United States Bankruptcy Court, 2929 N. Central, 11th Floor, Courtroom 2, at 11:00 A.m. on the 8 day of

_____May_____, 2002.

3. The last day for filing with the Court written acceptances or rejections of the plan is fixed at five (5) business days prior to the hearing date set for confirmation of the plan. Ballots shall be filed with the Clerk, U. S. Bankruptcy Court, U. S. Courthouse, 9th Floor, P.O. 34151, Phoenix, 85067-4151.

4. Copies of the ballots shall be mailed to the proponent of the plan in care of: Ronald E. Warnicke, Warnicke & Littler, P.L.C., 1411 North Third Street, Phoenix, Arizona 85004.

5. Within _____10_____ days after the date of this Order, a copy of this order, the plan, the disclosure statement (or approved summaries thereof), and a ballot conforming to Official Form No. 14 shall be transmitted by the plan proponent by mail to all creditors, equity security holders and other parties in interest as provided in Bankruptcy Rule 3017(d). The plan proponent shall file a certificate or affidavit evidencing such transmission.

6. The last day for filing and serving, pursuant to Bankruptcy Rule 3020(b)(1), written objections to confirmation of the Plan is fixed at five (5) business days prior to the hearing date set for confirmation of the plan.

7. The written report by proponent, as required by Local Bankruptcy Rule 3018, is to be filed three (3) business days prior to the hearing date set for confirmation of the plan.

8. If the debtor is an individual, the above hearing date is the last date to file a complaint objecting to the discharge of the debtor pursuant to 11 U.S.C. §§ 1141 and 727.

DATED: _____3-29-02_____

_____
The Honorable Redfield T. Baum
U. S. Bankruptcy Judge

2