```
 1  ELIZABETH C. AMOROSI (#010755)
    Acting United States Trustee
 2  District of Arizona

 3  PAUL A. RANDOLPH (#011952)
    Trial Attorney
 4  2929 North Central Avenue, Suite 700
    P.O. Box 36170
 5  Phoenix, Arizona 85067-6170
    (602) 640-2100
 6
 7
 8
 9           IN THE UNITED STATES BANKRUPTCY COURT
10               FOR THE DISTRICT OF ARIZONA
11
    In re:                        )   Chapter 11
12                                )
    MW MEDICAL, INC., a Nevada    )   No. 02-01090-PHX-RTB
13  corporation                   )
                                  )
14           Debtor.              )
    In re:                        )   Chapter 11
15                                )
    MICROWAVE MEDICAL CORPORATION,)   No. 02-01298-PHX-GBN
16  a California corporation,     )
                                  )   UNITED STATES TRUSTEE'S
17           Debtor.              )   STATEMENT OF NO OBJECTION
                                  )   (CONDITIONAL)
18                                )
                                  )   (No Hearing Requested)
19  _____)
```

20        The United States Trustee, by and through the
21  undersigned attorney and pursuant to 28 U.S.C. § 586(a), hereby
22  states that she has no objection to the closure of the above-
23  referenced cases.  She, however, notes that the debtors have
24  represented that any outstanding quarterly fees due this office
25  will be paid in their entirety (her records presently reflect an
26  estimated aggregate balance of $500 for each case).  Furthermore,
27  the United States Trustee's position assumes the accuracy and
28  completeness of the exhibits attached to the copy of the report

received by her.  She reserves all rights in such case that there are errors or omissions contained in the information.

RESPECTFULLY SUBMITTED this 29th day of October, 2002.

ELIZABETH C. AMOROSI
Acting United States Trustee
District of Arizona


/s/ Paul A. Randolph (#011952)
PAUL A. RANDOLPH
Trial Attorney

COPY of the foregoing mailed
this 29th day of October, 2002, to:

Ronald Warnicke, Esq.
Thomas E. Littler, Esq.
WARNICKE & LITTLER, P.L.C.
1411 N. Third Street
Phoenix, Arizona 85004
Attorneys for Debtor

  /s/ Coleen Craig

2