WARNICKE & LITTLER, P.L.C.
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com
Ronald E. Warnicke/SBN 001791
Thomas E. Littler/SBN 006917
Attorneys for the Debtor

**FILED**

NOV 19 2002

KEVIN P. O'BRIEN, CLERK
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | No. 02-01090-PHX-RTB |
|---|---|
| MW MEDICAL, INC., a Nevada corporation, | Chapter 11 Proceeding |
| Debtor. | |
| In re: | No. 02-01298-PHX-GBN |
| MICROWAVE MEDICAL CORPORATION, a California corporation, | Chapter 11 Proceeding |
| Debtor. | |

## FINAL DECREE

It appears from debtors, MW Medical, Inc. and Microwave Medical Corporation, Motion to Approve Report, Close Estate and Settle Claim that the Plan has been substantially consummated lacking only the distribution of funds and stock certificates awaiting court approval and that the estate has been fully administered upon approval of the Burwell claim settlement.

IT IS, THEREFORE, ORDERED:

1. Distribution be made to creditors as set forth in the Debtor's Report filed herein;
2. The transfer agent is directed to issue shares of stock in the Debtor's affiliates pursuant to § 1145 in the amounts set forth in the Debtor's Report; and
3. The Chapter 11 cases of the above named debtors are closed subject only to payment of all fees, if any, owing to the United States Trustee.



Dated this _____ day of NOV 1 9 2002 _____, 2002.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge