WARNICKE & LITTLER, P.L.C.
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com
Ronald E. Warnicke/SBN 001791
Thomas E. Littler/SBN 006917
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MW MEDICAL, INC., a Nevada corporation,<br><br>Debtor. | No. 02-01090-PHX-RTB<br><br>Chapter 11 |
| In re:<br><br>MICROWAVE MEDICAL CORPORATION, a California corporation,<br><br>Debtor. | No. 02-01298-PHX-GBN<br><br>Chapter 11 |

# STIPULATION MODIFYING AUTOMATIC STAY TO ALLOW COMMENCEMENT AND PROSECUTION OF STATE COURT ACTION AND OTHER RELIEF

Debtor, MW Medical, Inc., and Steven A. Victor, M.D. and Madison Avenue Dermatology Center, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. This proceeding was commenced on January 22, 2002.

2. On July 26, 2002 an Amended Order Confirming Debtor's First Amended Joint Plan of Reorganization was entered.

3. On or about February 23, 2003 Debtor was named as Third Party Defendant in a New York State Court action entitled *Arlynn Willis v. Steven A. Victor, M.D. and Madison Avenue Dermatology Center,* Supreme Court of the State of New York, County of New York, Index No. 115983/01.

4. The provisions of the automatic stay continued by the terms of the Plan and Order Confirming Plan prevent Third Party Plaintiff from proceeding without an appropriate order of this Court lifting the stay and permitting the action to proceed.

5. Third Party Defendant named the Debtor in good faith and has said its only interest is in proceeding against the Debtor's insurer to the extent coverage exists. The Debtor has provided information on its policies then in existence but Third Party Plaintiff requires written evidence of the policies provisions before agreeing that there is no coverage and that the Third Party Complaint can be dismissed.

6. Debtor is willing to consent to the New York action proceeding if Third Party Plaintiff is agreeing to look only to the proceeds of insurance, if any, and not to obtain a judgment that can in any way be enforced against the Debtor or its property.

7. Debtor believes that this Stipulation is in the best interests of the Estate.

8. Third Party Defendant shall look only to proceeds of the insurance for payment and the Debtor shall have no personal liability beyond the monies paid by the insurer on the Debtor's behalf.

DATED this 31st day of May, 2003.

WARNICKE & LITTLER, P.L.C.

By ______________________
Ronald E. Warnicke/SBN 001791
1411 North Third Avenue
Phoenix, AZ 85004
Attorneys for Debtor

KAUFMAN, BORGEEST & RYAN

By______________________
Steven D. Weiner
99 Park Avenue
New York, NY 10016
Attorneys for Third Party Defendant

4. The provisions of the automatic stay continued by the terms of the Plan and Order Confirming Plan prevent Third Party Plaintiff from proceeding without an appropriate order of this Court lifting the stay and permitting the action to proceed.

5. Third Party Defendant named the Debtor in good faith and has said its only interest is in proceeding against the Debtor's insurer to the extent coverage exists. The Debtor has provided information on its policies then in existence but Third Party Plaintiff requires written evidence of the policies provisions before agreeing that there is no coverage and that the Third Party Complaint can be dismissed.

6. Debtor is willing to consent to the New York action proceeding if Third Party Plaintiff is agreeing to look only to the proceeds of insurance, if any, and not to obtain a judgment that can in any way be enforced against the Debtor or its property.

7. Debtor believes that this Stipulation is in the best interests of the Estate.

8. Third Party Defendant shall look only to proceeds of the insurance for payment and the Debtor shall have no personal liability beyond the monies paid by the insurer on the Debtor's behalf.

DATED this _______ day of May, 2003.

WARNICKE & LITTLER, P.L.C.

By ______________________________
Ronald E. Warnicke/SBN 001791
1411 North Third Avenue
Phoenix, AZ 85004
Attorneys for Debtor

KAUFMAN, BORGEEST & RYAN

By ______________________________
Steven D. Weiner
99 Park Avenue
New York, NY 10016
Attorneys for Third Party Defendant

COPY of the foregoing mailed this 6th day of ~~May~~ June, 2003, to:

Office of the United States Trustee
2929 N. Central Ave.
Phoenix, Arizona 85012

By [signature]